# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JONES,<br><br>       Plaintiff,<br><br>  v.<br><br>SAMUEL LOCKRIDGE, ONA LOCKRIDGE, S M & B'S LIQUORS, INC., a California Corporation; and Does 1-10,<br><br>       Defendants. | Case No.: 2:20-cv-09632-JAK-KS<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff George Jones' action against Defendants Samuel Lockridge, Ona Lockridge, and SM & B's Liquors Inc., is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated:   July 30, 2021                                                 

John A. Kronstadt
United States District Judge